**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND (_____)**

_____

RONA SCHNECK and                                    CASE NO.
BRIAN SCHNECK
                    Plaintiffs,

        vs.

EXPERIAN INFORMATION
SOLUTIONS, INC.; EQUIFAX
INFORMATION SERVICES, LLC;
and TRANS UNION, LLC;
                    Defendants.

_____

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

_____

        Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union")

hereby removes the subject action from the District Court for Worcester County, Maryland, to the

United States District Court for the District of Maryland, on the following grounds:

        1.        Plaintiffs Rona Schneck and Brian Schneck served Trans Union on or about December

20, 2016, with a Summons and Complaint filed in the District Court for Worcester County, Maryland.

Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**.  No other

process, pleadings or orders have been served on Trans Union.

        2.        Plaintiff makes claims under, alleges that Trans Union violated and  alleges that Trans

Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").  See

Complaint ¶¶ 2, 41-47.

3.      This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.      Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the District Court for Worcester County, Maryland, to the United States District Court for the District of Maryland.

5.      Trans Union has confirmed with the Clerk of the District Court for Worcester County, Maryland, online, that they have no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6.      Notice of this removal will promptly be filed with the District Court for Worcester County, Maryland and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the District Court for Worcester County, Maryland to this United States District Court, District of Maryland.

Respectfully submitted,


*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant, Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **22nd day of December, 2016**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

|  |  |
|---|---|
|  |  |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **22nd day of December, 2016**, properly addressed as follows:

| **for Plaintiffs Rona Schneck and Brian Schneck**<br>Phillip R. Robinson, Esq.<br>Consumer Law Center LLC<br>8737 Colesville Road, Suite 308<br>Silver Springs, MD  20910 |  |
|---|---|

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant, Trans Union, LLC*