UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE

MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

June 19, 2017

TO ALL COUNSEL OF RECORD

    Re.    *Rona Schneck, et al. v. Experian Information Solutions, Inc., et al.*
            Case No. JKB-16-4072

Dear Counsel:

    A status report was due on June 16, 2017. The parties are directed to file the report forthwith.

    Despite the informal nature of this letter, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

James K. Bredar
United States District Judge

JKB/vc