# CONSUMER LAW CENTER LLC

Phillip Robinson*

* Admitted in MD

A Consumer Rights Law Firm
87 37 Colesville Road, Suite 308
Silver Spring, MD  20910
_____
Phone (301 ) 448-1304
www.marylandconsumer.com

June 19, 2017

The Honorable James Bredar
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

Re.:    *Schneck v. Experian Information Solutions, Inc.*
        Case No. JKB 16-4072
        **Plaintiffs' Status Report**

Dear Judge Bredar:

I apologize for not timely submitting a Status Report to the Court last week on behalf of the Plaintiffs Rona and Brian Schneck.  My mother suffered a health event and I have been unexpectedly managing her care which prevented me from timely completing the report to Your Honor.  By way of this letter I do wish to report that the Plaintiffs have reached resolutions with each of the Defendants.

The Court previously entered a Rule 111 Order as to Defendant Trans Union, LLC.  ECF. 33.  Trans Union and the Plaintiffs have nearly completed the terms of their agreement and do not anticipate any further assistance will be required of the Court.  On June 15, 2017, Plaintiffs and Defendant Equifax Information Services, LLC reached final terms for their settlement agreement and are presenting obtaining the party signatures for the agreement.  Also on June 15, 2017, I prepared and sent to counsel for Defendant Experian Information Solutions, Inc. a draft request for a Rule 111 Order as to Plaintiffs and Experian.  I am waiting for Experian's counsel to respond to that draft and give me permission to file it with the Court.

Last week, Plaintiffs also communicated a status update to Judge Gesner electronically and again today so she was aware that we would not require her assistance for the scheduled mediation date.

Based on the foregoing I would anticipate that this matter should be resolved by the end of the week if not sooner.

Sincerely,

*//s// Phillip Robinson*
Phillip Robinson

c:    All Counsel of Record